UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **BENJAMIN POOLER** | * | CIVIL ACTION NO.: |
| | * | |
| **VERSUS** | * | JUDGE |
| | * | |
| **COLONIAL LIFE & ACCIDENT INSURANCE COMPANY** | * | MAGISTRATE JUDGE |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

**TO:**   **BENJAMIN POOLER**
Through his attorney of record
Kyle Sherman, Esq.
Brandt & Sherman, LLP
111 Mercury Street
Lafayette, LA  70503

**PLEASE TAKE NOTICE** that Colonial Life & Accident Insurance Company ("Colonial"), named as defendant in the proceeding entitled *"Benjamin Pooler v. Colonial Life & Accident Insurance Company,"* Docket No. C-20221331, Division "J," on the docket of the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, on April 29, 2022, filed in the United States District Court, Western District of Louisiana, its Notice to effect the removal of said Civil Action to the United States District Court for the Western District of Louisiana.

Colonial respectfully represents that the grounds for removal are as follows:

I.

The cause bearing the above captioned title which is entitled *"Petition for Damages"* ("Petition") was originally filed in the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, Docket No. C-20221331, Division J on March 21, 2022.

1

II.

Service for Colonial of the Petition, was made by the East Baton Rouge Sheriff's Office through personal service to the Secretary of State on April 1, 2022.

IV.

It has been less than thirty days since the citation directed to Colonial in the State Court proceeding was served upon Colonial. Removal of this claim is, therefore, timely pursuant to 28 U.S.C. § 1446(b).

V.

A copy of the original Petition and referenced citations are annexed to this Notice of Removal in accordance with the provisions of 28 U.S.C. § 1446 and are identified as "**Exhibit A**."

VI.

Plaintiff, Benjamin Pooler ("Pooler"), is a resident of and is domiciled in the Parish of Lafayette, State of Louisiana.

VII.

Defendant, Colonial, is a South Carolina corporation and has its principal place of business in Columbia South Carolina.

VIII.

This Notice of Removal is based on 28 U.S.C. §1441(a) and 28 U.S.C. §1331, because Pooler's claim is for benefits payable under a Disability and Accident Policies which were made available to Pooler through his employer, Acadiana DCJR, LLC. The Policies were issued pursuant to an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §1001, *et seq.* ("ERISA"). This plan was established and maintained by Pooler's employer, Acadiana DCJR, LLC.

**IX.**

The above-described action is one over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. §1331, inasmuch as the matter involves a claim for benefits under an employee welfare benefit plan, which was established pursuant to ERISA. The definition of an employee benefit plan is set forth at 29 U.S.C. §1002(3) which states:

> The term 'employee benefit plan' or 'plan' means . . .an employee welfare benefit plan or an employee pension benefit plan or a plan which is both an employee welfare benefit plan and an employee pension plan.

The term "employee welfare benefit plan" is defined as:

> . . .any plan, fund, or program . . .established or maintained by an employer . . .to the extent that such plan, fund or program was established or is maintained for the purpose of providing for its participants or their beneficiaries, through the purchase of insurance or otherwise, (A) medical, surgical, or hospital care or benefits, or benefits in the event of sickness, accident, disability death . . .

*Id.* §1002(1).

**X.**

ERISA preempts the state law claims contained in the Petition and provides the exclusive remedy when a plaintiff seeks to recover benefits under an employee welfare benefit plan. ERISA §§502(a)(1)(B) and 514, 29 U.S.C. §§1132(a)(1)(B) and 1144; *see Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41 (1987); *Aetna Health, Inc. v. Davila,* 542 U.S. 200 (2004). Therefore, this court has original federal question jurisdiction over this action pursuant to 28 U.S.C. §1331. As an action of a civil nature founded on a claim or right arising under the laws of the United States, this action is being removed to the United States District Court for the Western District of Louisiana pursuant to the provisions of 28 U.S.C. §1441(a).

**XI.**

Alternatively, the above-described action is a civil action in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, in that Defendant, Colonial, is a citizen of South Carolina and Plaintiff, Pooler, is a resident of and domiciled in the Parish of Lafayette, State of Louisiana, respectively.  Complete diversity existed between Colonial and Pooler, both at the time this suit was instituted and at the time of its removal, and the amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs.

**XII.**

Colonial respectfully requests that this Notice of Removal be filed in the records of the United States District Court for the Western District of Louisiana, State of Louisiana, effecting the removal of the suit entitled *Benjamin Pooler v. Colonial Life & Accident Insurance Company*," Docket No. C-20221331, Division "J," on the docket of the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana

**XIII.**

Upon filing the Notice of Removal, Colonial will provide written notification of the Removal to Pooler and will file a copy of the Notice of Removal with the 15th Judicial District Court, Parish of Lafayette, State of Louisiana.  A copy of the state court notification is attached as **Exhibit** "**B**."

**WHEREFORE,** defendant, Colonial Life & Accident Insurance Company, petitioner herein, respectfully requests that this Notice be deemed good and sufficient and that this cause be removed to this Court.

*Signature and Certificate of Service on Next Page*

Respectfully submitted,

s/ Lauren A. Welch
LAUREN A. WELCH (#17199)
McCRANIE, SISTRUNK, ANZELMO, HARDY,
McDANIEL & WELCH, L.L.C.
909 Poydras Street, Suite 1000
New Orleans, LA 70112
Telephone: (504) 831-0946
Facsimile: (800) 977-8810
E-mail:  lwelch@mcsalaw.com
*Attorney for Defendant, Colonial Life & Accident Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by electronic mail to kyle@brandtsherman.com.

s/Lauren A. Welch
LAUREN A. WELCH