```
Lafayette Parish          C-20221331
Filed Mar 15, 2022 3:31 PM      J
     Jamie Trahan
  Deputy Clerk of Court
```

# FAX

**BENJAMIN POOLER**                               15TH JUDICIAL DISTRICT CURT

**VERSUS**                                        DOCKET #: _____

**COLONIAL LIFE & ACCIDENT**                      LAFAYETTE PARISH, LOUIANA
**INSURANCE COMPANY**

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes BENJAMI POOLER, domiciled in the Parish of Lafayette, State of Louisiana, who respectfully represents that:

1.

Made defendant herein is:

A.  COLONIAL LIFE & ACCIDENT INSURANCE COMPANY (Hereinafter referred to as "COLONIAL"), a foreign insurance company authorized to do and doing business in the State;

2.

Defendants are indebted unto petitioners in an amount reasonable in a premises, and greater than $50,000.00 for this:

3.

Petitioner, BENJAMIN POOLER, purchased a Disability policy bearing policy number 4086806270 and an Accident policy bearing policy number 42655285 from Defendant COLONIAL.

4.

On or about November 3, 2020, petitioner Benjamin Pooler accidenta swallowed a foreign object that got lodged in his small bowel. The object caused a perforation of his bowel and subsequent infections, requiring exploratory surries, repair surgery, an extended hospital stay, and over three months of disability

5.

On or about January 20, 2021 petitioner filed a claim which was deni by COLONIAL on or about March 17, 2021 stating that the information they reced does not indicate Petitioner's condition resulted from an Accident as defined by the olicy. COLONIAL took the position that the information received indicates the clain sulted from a sickness, disease or bodily infirmity that is specifically excluded unde e



Certified True and
Correct Copy
CertID: 2022032100279

Lafayette Parish
Deputy Clerk of Court

Generated Date:
3/21/2022 11:36 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**EXHIBIT A**

limitations and exclusions section ("What is Not Covered") of the accident policy. (See EXHIBIT A)

6.

Petitioner's treating physicians provided correspondence to COLONIAL confirming that petitioner BENJAMIN POLLER's medical condition which makes up this subject matter of his claim was due to an accident as defined in the COLONIAL policy. (See exhibits B and C).

7.

Colonial has continued to deny petioner's claims despite petitioner's treating physicians providing documentation stating otherwise. Upon information and belief, petitioner's physician, Bradley Champagne, MD, attempted to perform a peer to peer review with Colonial, however, Colonial refused.

8.

Plaintiff has required two additional hospital admissions related to the subject injury. At this time, Colonial is refusing correspond with Petitioner, and continues its ongoing arbitrary and capricious refusal pay the amount due under its policies.

9.

Defendant, COLONIAL, by failing pay the amount of Petitioner's claim within 60 days after receiving satisfactory proof loss, and acting in a manner which is arbitrary, capricious, and without probab cause, is subject to a penalty under La. R.S. 22:1973 of a damages sustained as a reult of its breach of duty to petitioner, plus up to twice the damages sustained or five thusand dollars, whichever is greater.

10.

Additionally, defendant, Colonial, denying your Petitioner's claim and failing to pay the amount of the claim within 30 da of receiving satisfactory proof of loss, and acting in a manner which is arbitrary, capious, and without probable cause, is subject to a penalty under Lo. R.S. 22:1892 o, addition to the amount of the loss, fifty percent damages on the amount due from the inrer or one thousand dollars, whichever is greater, as well as attorneys' fees and ccs.

11.

Petitioner avers that he is entitled an amount reasonable in the premises from



Certified True and Correct Copy
CertID: 2022032100279

Lafayette Parish
Deputy Clerk of Court

Generated Date:
3/21/2022 11:36 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

the defendant as a result of its arbitrary and capricious denial of petitioner's claim set forth hereinabove, consisting of all payouts pursuant to the afore referenced Disability and Accident policies, mental anguish, and penalties pursuant to La. R.S. 22:1973 and La. R.S. 22:1892, including attorneys' fees and costs.

Respectfully submitted:

BRANDT & SHERMAN, LLP

KYLE SHERMAN
Bar Roll #24215
Attorney for Plaintiff
111 Mercury Street
Lafayette, LA 70503
(337) 800-4000 (telephone)
(337) 261-9989 (facsimile)
kyle@brandtsherman.com (e-mail)

**PLEASE SERVE:**

Colonial Life & Accident Insurance Company
Through its agent for service of process:
The Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809



Certified True and Correct Copy
CertID: 2022032100279

Lafayette Parish
Deputy Clerk of Court

Generated Date:
3/21/2022 11:36 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Lafayette Parish
Filed Mar 21, 2022 11:27 AM
Kireston Batiste
Deputy Clerk of Court
FAX Received Mar 15, 2022
C-20221331 J

| | | |
|---|---|---|
| **BENJAMIN POOLER** | * | **15TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | * | **DOCKET #:** __C-20221331__ |
| **COLONIAL LIFE & ACCIDENT INSURANCE COMPANY** | * | **LAFAYETTE PARISH, LOUISIANA** |

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes BENJAMIN POOLER, domiciled in the Parish of Lafayette, State of Louisiana, who respectfully represents that:

**1.**

Made defendant herein is:

A. **COLONIAL LIFE & ACCIDENT INSURANCE COMPANY (Hereinafter referred to as "COLONIAL"),** a foreign insurance company authorized to do and doing business in the State;

**2.**

Defendants are indebted unto petitioners in an amount reasonable in the premises, and greater than $50,000.00 for this:

**3.**

Petitioner, BENJAMIN POOLER, purchased a Disability policy bearing policy number 4086806270 and an Accident policy bearing policy number 4265528655 from Defendant COLONIAL.

**4.**

On or about November 3, 2020, petitioner Benjamin Pooler accidentally swallowed a foreign object that got lodged in his small bowel. The object caused a perforation of his bowel and subsequent infections, requiring exploratory surgeries, repair surgery, an extended hospital stay, and over three months of disability.

**5.**

On or about January 20, 2021 petitioner filed a claim which was denied by COLONIAL on or about March 17, 2021 stating that the information they received does not indicate Petitioner's condition resulted from an Accident as defined by the policy. COLONIAL took the position that the information received indicates the claim resulted from a sickness, disease or bodily infirmity that is specifically excluded under the


Certified True and
Correct Copy
CertID: 20220321000273

Lafayette Parish
Deputy Clerk of Court

Generated Date:
3/21/2022 11:32 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

limitations and exclusions section ("What is Not Covered") of the accident policy. (See EXHIBIT A)

**6.**

Petitioner's treating physicians provided correspondence to COLONIAL confirming that petitioner BENJAMIN POOLER's medical condition which makes up this subject matter of his claim was due to an accident as defined in the COLONIAL policy. (See exhibits B and C).

**7.**

Colonial has continued to deny petitioner's claims despite petitioner's treating physicians providing documentation stating otherwise. Upon information and belief, petitioner's physician, Bradley Champagne, MD, attempted to perform a peer to peer review with Colonial, however, Colonial refused.

**8.**

Plaintiff has required two additional hospital admissions related to the subject injury. At this time, Colonial is refusing to correspond with Petitioner, and continues its ongoing arbitrary and capricious refusal to pay the amount due under its policies.

**9.**

Defendant, COLONIAL, by failing to pay the amount of Petitioner's claim within 60 days after receiving satisfactory proof of loss, and acting in a manner which is arbitrary, capricious, and without probable cause, is subject to a penalty under La. R.S. 22:1973 of all damages sustained as a result of its breach of duty to petitioner, plus up to twice the damages sustained or five thousand dollars, whichever is greater.

**10.**

Additionally, defendant, Colonial, by denying your Petitioner's claim and failing to pay the amount of the claim within 30 days of receiving satisfactory proof of loss, and acting in a manner which is arbitrary, capricious, and without probable cause, is subject to a penalty under La. R.S. 22:1892 of, in addition to the amount of the loss, fifty percent damages on the amount due from the insurer or one thousand dollars, whichever is greater, as well as attorneys' fees and costs.

**11.**

Petitioner avers that he is entitled to an amount reasonable in the premises from


Certified True and Correct Copy
CertID: 20220321000273

Lafayette Parish
Deputy Clerk of Court

Generated Date:
3/21/2022 11:32 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

the defendant as a result of its arbitrary and capricious denial of petitioner's claim set forth hereinabove, consisting of all payouts pursuant to the afore referenced Disability and Accident policies, mental anguish, and penalties pursuant to La. R.S. 22:1973 and La. R.S. 22:1892, including attorneys' fees and costs.

Respectfully submitted:

BRANDT & SHERMAN, LLP

KYLE SHERMAN
Bar Roll #24215
Attorney for Plaintiff
111 Mercury Street
Lafayette, LA 70503
(337) 800-4000 (telephone)
(337) 261-9999 (facsimile)
kyle@brandtsherman.com (e-mail)

**PLEASE SERVE:**

**Colonial Life & Accident Insurance Company**
Through its agent for service of process:
The Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

Certified True and Correct Copy
CertID: 2022032100273



Lafayette Parish
Deputy Clerk of Court

Generated Date:
3/21/2022 11:32 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).



R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125

CERTIFIED MAIL
7021 1970 0000 4774 0432

FIRST CLASS

US POSTAGE ~ PITNEY BOWES
ZIP 70802 $ 004.48
02 4W
0000382746 APR. 04. 2022

SS104 (R 06/18)

LAFPC.CV.63958169

Requested by Atty.: SHERMAN, KYLE

# CITATION

**BENJAMIN POOLER**  **15TH JUDICIAL DISTRICT COURT**

**VS**  **DOCKET NUMBER: C-20221331 J**

**COLONIAL LIFE & ACCIDENT INSURANCE CO**  **PARISH OF LAFAYETTE, LOUISIANA**

SERVED ON
R. KYLE ARDOIN

**STATE OF LOUISIANA**

TO:   COLONIAL LIFE & ACCIDENT INSURANCE COMPANY
      THROUGH ITS AGENT FOR SERVICE OF PROCESS:
      THE LOUISIANA SECRETARY OF STATE
      8585 ARCHIVES AVE.
      BATON ROUGE, LA 70809

APR 01 2022
SECRETARY OF STATE
COMMERCIAL DIVISION

SERVICE COPY

of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this MARCH 21, 2022.

Deputy Clerk of Court
Lafayette Parish

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

*Attached are the following documents:
**FAX AND ORIGINAL PETITION FOR DAMAGES**

---

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE        MOVED ( )         NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $ _____ MILEAGE $ _____ TOTAL $ _____
DEPUTY _____

# State of Louisiana
## Secretary of State

04/04/2022

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

COLONIAL LIFE & ACCIDENT INSURANCE COMPANY
C/O CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802-5921

Suit No.: 20221331
15TH JUDICIAL DISTRICT COURT
LAFAYETTE PARISH

BENJAMIN POOLER
vs
COLONIAL LIFE & ACCIDENT INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: M. LOCKWOOD

Date: 04/01/2022
Title: DEPUTY SHERIFF

No: 1230591



TG



# Notice of Service of Process

null / ALL
Transmittal Number: 24741325
Date Processed: 04/08/2022

| | |
|---|---|
| Primary Contact: | Jen Majic<br>UNUM<br>2211 Congress Street<br>Portland, ME 04122-0002 |
| Electronic copy provided to: | Judy Drake<br>Janna Thomas |

| | |
|---|---|
| Entity: | Colonial Life & Accident Insurance Company<br>Entity ID Number  0126382 |
| Entity Served: | Colonial Life & Accident Insurance Company |
| Title of Action: | Benjamin Pooler vs. Colonial Life & Accident Insurance Company |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Contract |
| Court/Agency: | Lafayette Parish District Court, LA |
| Case/Reference No: | C-20221331-J |
| Jurisdiction Served: | Louisiana |
| Date Served on CSC: | 04/06/2022 |
| Answer or Appearance Due: | 21 Days |
| Originally Served On: | LA Secretary of State on 04/01/2022 |
| How Served: | Certified Mail |
| Sender Information: | Brandt & Sherman, L.L.P.<br>337-800-4000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com