**15TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE**

**STATE OF LOUISIANA**

DOCKET NO.: C-2022131                                                                                       DIVISION "J"

**BENJAMIN POOLER**

**VERSUS**

**COLONIAL LIFE & ACCIDENT INSURANCE COMPANY**

FILED:_____                                      _____
                                                                                            **DEPUTY CLERK**

**NOTICE TO COUNSEL AND THE CLERK OF COURT
FOR THE 15TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE**

TO:   Hon. Louis J. Perret                                  Kyle Sherman, Esq.
      Clerk of Court                                        Brandt & Sherman, LLP
      15th Judicial District Court              111 Mercury Street
      Parish of Lafayette                                   Lafayette, LA 70503
      P.O. Box 2009
      Lafayette, LA  70502

PLEASE TAKE NOTICE, that defendant, Colonial Life & Accident Insurance Company, in the cause entitled "*Benjamin Pooler v. Colonial Life & Accident Insurance Company*" on the docket of the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, Division "J," Docket No. C-2022131, has filed in the United States District Court for the Western District of Louisiana, its Notice of Removal of said action, copy of said Notice being served herewith in conformity with 28 U.S.C. § 1446, reading as follows:

Promptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof of all adverse parties and shall file a copy of the notice with the clerk of such State court, which shall effect the removal and the State court shall proceed no further unless and until the case is remanded.

*Signature and Certificate of Service, Next Page*

1

**EXHIBIT B**

Respectfully submitted,

_____
LAUREN A. WELCH (# 17199)
McCRANIE, SISTRUNK, ANZELMO, HARDY,
McDANIEL & WELCH, L.L.C.
909 Poydras Street, Suite 1000
New Orleans, LA 70112
Telephone: (504) 831-0946
Facsimile: (800) 977-8810
E-mail:  lwelch@mcsalaw.com
*Attorney for Defendant, Colonial Life & Accident Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by email to kyle@brandtsherman.com on this 29th day of April, 2022.

_____
LAUREN A. WELCH